UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10 CIV. 3345**

_Robert Fleming_
_# 241-08-13940_

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

_City of New York_
_New York City Police Dept._
_"Cold Case Squad"_
_Wendell Stratford #3420 Det._
_Braccin #4305 Det._

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

RECEIVED
2010 APR 20 P 4:10
CITY PRO SE OFFICE

I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name _Robert Fleming_
             ID # _241-08-13940_
             Current Institution _G.M.D.C_
             Address _1515 Hazen St_
             _E. Elmhurst, N.Y. 11370_

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007                                1

Defendant No. 1   Name  Det. Wendell Stratford   Shield # 3420
Where Currently Employed  Bronx Cold Case Squad
Address _____

Defendant No. 2   Name  Det. Braclim   Shield # 4305
Where Currently Employed  Bronx Cold Case Squad
Address _____

Defendant No. 3   Name  New York City Dept. Corr.   Shield # ____
Where Currently Employed _____
Address  75-20 Astoria Blvd. E. Elmhurst, N.Y. 11370

Defendant No. 4   Name _____   Shield # ____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____   Shield # ____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?  G.R.V.C. 09-09 Hazen St. E. Elmhurst, N.Y. 11370

B.   Where in the institution did the events giving rise to your claim(s) occur?  I the back of the intake (recieving room) area.

C.   What date and approximate time did the events giving rise to your claim(s) occur?  Date: 10/23/08  Time: 11AM - 2PM

Rev. 05/2007                                         2

D. Facts: **What happened to you?** On October 23, 2008 while being detained for the charge: CPCS, I was summonded to the intake area to be interrogated intake area of GRVC (Beacon) by Cold Case Squade officers: Det. Stratford #3420 and Det. Braclim #4305. Upon being questioned, I mentioned active represen flow and the need of waiting to cease questioning to leave and call my attorney and was denied by Det. Stratford saying: **Who did what?** no my leaving will delay the proceedings. Then I was issued the custodial miranda which I started to sign until I reached the statement about counsel representation. Then I resisted signing the miranda and was then grabbed by the neck of my shirt and was struck up side my head repeatedly by Det. Stratford, him stating "I was a smart ass". **Was anyone else involved?** Upon doing that I consented to filling out the rest of the miranda. I was then forced by more stricks to the head to write a statement which is now being used against me. Upon the conclusion of the interrogation, I was cautioned by Det. Stratford not to say anything about what happened or something might happen to me. **Who else saw what happened?** Det. Braclim #4305 was present and looked shocked and suprised at Stratfords actions but did nothing

---

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. A sore neck, swollen face and bruises to the face.

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). G.R.V.C

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____ No ✓ Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____ No ✓ Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____ No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ✗✗✗✗ No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? GMDC 15-15 HAZEN ST E.Elmhurst, NY 11370

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: I was threatened by Jet. Stratford to not speak About what transpired

2. If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*                                4

informed, when and how, and their response, if any: _____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____

_____

_____

_____

_____

_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Declatory And Injunctive relief And punitive damages in the Amount of $50,000.

VI. Previous lawsuits:

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket or Index number __N/A__
4. Name of Judge assigned to your case __N/A__
5. Approximate date of filing lawsuit __N/A__
6. Is the case still pending? Yes ____ No ✓

If No, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A__

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) __N/A__

3. Docket or Index number __N/A__
4. Name of Judge assigned to your case __N/A__
5. Approximate date of filing lawsuit __N/A__
6. Is the case still pending? Yes ____ No ✓

If No, give the approximate date of disposition __N/A__

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __N/A__

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __April__, 20__10__.

Signature of Plaintiff __Robert Fleming__

Inmate Number __241-08-13940__

Institution Address __15-15 Hazen St__
__E. Elmhurst, N.Y. 11370__

Note: All plaintiff named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __8__ day of __April__, 20__10__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: __Robert Fleming__