UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT FLEMING,

              Plaintiff,

    -v.-

DET. WENDELL STRADFORD #3420, and DET. STEVE BRACCINI #4305,

              Defendants.

10 Civ. 3345 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    The Court is in receipt of Mr. Fleming's motion for a new trial, which motion has been filed *pro se*. At this time, the Court does not require additional briefing on this motion, and, as such, Defendants need not respond. Should the Court determine that additional briefing would be useful, it will promptly reach out to the parties.

    The Clerk of Court is directed to mail a copy of this order to Mr. Fleming at the following address:

    Robert Fleming, 13-A-4172, 10-Bl-22B
    Five Points Correctional Facility
    State Route 96, P.O. Box 119
    Romulus, New York 14541

    SO ORDERED.

Dated:  January 23, 2025
           New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge